UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER COLLETTE, JR.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SIG SAUER, INC.,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION<br>NO. 1:21-CV-11392-FDS |

### **PLAINTIFF'S MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Walter Collette, Jr. hereby moves the Court for an Order dismissing his claims with prejudice. Plaintiff also requests that the Court order that each party bear its own costs, including all court costs and attorney's fees.

A proposed form of Order is submitted herewith.

Counsel for Plaintiff has conferred with counsel for Defendant Sig Sauer, Inc. regarding this motion and has been advised that Sig Sauer has no objection to the relief sought.

Dated this 28th day of July, 2023

By his attorney,

*/s/* Stephen Semenza
Stephen Semenza, BBO# 694675
Stephen@ssemenzalaw.com
Law Offices of Stephen Semenza, PLLC
100 Pier 4 Blvd
Boston, Massachusetts 02210
570-983-8372

Counsel for Plaintiff Walter Collette, Jr.

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a true and correct paper copy of the foregoing will be sent those indicated as non-registered participants via first class mail, postage prepaid on this the 28th day of July 2023.

/s/ Stephen Semenza
Stephen Semenza