UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER COLLETTE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SIG SAUER, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 1:21-CV-11392-FDS |

~~[PROPOSED]~~
**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**

Plaintiff's Motion to Dismiss All Claims with Prejudice having come before the Court, there being no opposition thereto, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Dismiss All Claims with Prejudice is ALLOWED.

2. This Action, and all claims therein, are hereby DISMISSED WITH PREJUDICE.

3. Pursuant to Plaintiff's Motion to Dismiss All Claims with Prejudice, it further is ORDERED that each party shall bear its own costs, including all court costs and attorney's fees.

4. The Clerk is directed to enter a separate Judgment of dismissal with prejudice in accordance with the above and close the case

SO ORDERED this _15th_ day of _August_, 2023.

_____
F. Dennis Saylor IV
Chief United States District Judge